# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-02567 JAK (AJWx) | Date | July 11, 2011 |
|---|---|---|---|
| Title | TAP Worldwide, LLC v. Procomp Motorsports, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On July 7, 2011, plaintiff filed "Notice of Pending Settlement" [26]. The Court sets an Order to Show Cause re Dismissal for August 8, 2011 at 10:30 a.m. If the parties file a dismissal by August 5, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

Plaintiff's motion for preliminary injunction and the scheduling conference are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak