RACHEL D. STANGER (BAR NO. 200733)
BRANDON C. FERNALD (BAR NO. 222429)
**FERNALD LAW GROUP LLP**
510 W 6th St, Suite 700
Los Angeles, California 90014
Telephone: (323) 410-0300
Facsimile: (323) 410-0330
E-Mail: rachel.stanger@fernaldlawgroup.com
brandon.fernald@fernaldlawgroup.com

Attorneys for Plaintiff TAP Worldwide, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAP WORLDWIDE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PROCOMP MOTORSPORTS, INC., a California corporation, PROCOMP ELECTRONICS, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:11-cv-02567-JAK-AJW<br><br>**ORDER GRANTING STIPULATED REQUEST FOR VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>**JS-6** |

Based on the foregoing stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All claims by TAP Worldwide, LLC ("TAP Worldwide"), against Defendants ProComp Motorsports, Inc. and ProComp Electronics, Inc. (collectively, the "Defendants") shall be dismissed with prejudice; and

2. Each party shall bear its own respective costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: August 8, 2011

_____

JOHN A. KRONSTADT
United States District Judge

DOCUMENT PREPARED
ON RECYCLED PAPER

- 1 -